IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STATE OF OREGON,                                Case No. 08-6378-HO

        Plaintiff,                          ORDER

   v.

MICHAEL T. BROWN,

        Defendant.

    Defendant filed a document entitled "NOTICE OF REMOVAL OF CRIMINAL ACTION UNDER 28 U.S.C. §§ 1331, 1446."  Exhibit 3 to the notice of removal appears to be a copy of an indictment filed in the Circuit Court of the State of Oregon for Deschutes County in the case of <u>State of Oregon v. Brown</u>, 07FE1415AB.  <u>See also</u> Pl's ex. 1 at 1.  Defendant filed a motion to dismiss and plaintiff filed a motion for summary remand to state court.  Defendant's motion asks the court to dismiss the State of Oregon's "Complaint" for lack of jurisdiction and failure to state a claim upon which relief may be granted.

The notice of removal does not state sufficient grounds to permit removal of the criminal action against defendant. Defendant relies on 18 U.S.C. § 242, 28 U.S.C. §§ 117, 1331, 1367(a), 1391, 1441(a) & (b), 1446, LR 3 and LR 4(a)(2). Defendant's authority does not authorize removal of a state court criminal action to this court.  Nor does defendant allege facts entitling him to remove the criminal action.

## Conclusion

Based on the foregoing, plaintiff's motion for remand [#6] is granted; defendant's motion to dismiss [#5] is denied as moot; this action is remanded to the Circuit Court of the State of Oregon for Deschutes County.

SO ORDERED.

DATED this   14th   day of January, 2009.

                                        s/ Michael R. Hogan
                                      United States District Judge